**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA § Claim No: 1999A21166
§
vs. §
§
Elaine Payne

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

**Jurisdiction**

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

**Venue**

2. The defendant is a resident of Wayne County, Michigan within the jurisdiction of this Court and may be served with service of process at 4701 Chrysler Drive, Apartment 602, Detroit, Michigan 48201.

**The Debt**

3. The debt owed the USA is as follows:

| | |
|---|---|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $2,679.60 |
| B. Current Capitalized Interest Balance and Accrued Interest | $5,279.92 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |

  | | |
|---|---|
| E. Attorneys fees | $0.00 |
| **Total Owed** | **$7,959.52** |

The Certificate of Indebtedness, attached as Exhibit A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.000% per annum.

**Failure to Pay**

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

By: s/Charles J. Holzman (P35625)
Holzman Corkery, PLLC
Attorneys for Plaintiff
Tamara Pearson (P56265)
28366 Franklin Road
Southfield, Michigan 48034
(248) 352-4340
usa@holzmanlaw.com

**U.S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

CERTIFICATE OF INDEBTEDNESS

Name: ELAINE PAYNE
AKA:

Address: 4727 E NEVADA

DETROIT, MI 48234

SSN

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 11/17/98.

On or about 3/20/86, the borrower executed promissory note(s) to secure loan(s) of $2,500.00 from CITIBANK (NYS) N.A., ROCHESTER, NY. at 8.00% percent interest per annum. This loan obligation was guaranteed by NORTHSTAR GUARANTEE, INC. and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 8/28/87, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,679.60 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 1/30/93, assigned its rights and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower owes the United States the following:

| | | |
|---|---|---|
| Principal: | $ | 2,679.60 |
| Interest: | $ | 2,339.46 |
| Administrative/Collection Costs: | $ | 0.00 |
| Late fees: | $ | 0.00 |
| Total Debt as of 11/17/98 : | $ | 5,019.06 |

Interest accrues on the principal shown here at the rate of $0.59 per day.

Pursuant to 28 USC §1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 11/23/98

Name: [signature]
Title: Loan Analyst
Branch: Litigation

# GUARANTEED STUDENT LOAN PROMISSORY NOTE

Your Name: Elaine Payne

Your City/State/ZIP: Detroit, MI 48227

## A. IMPORTANT – READ THIS INFORMATION CAREFULLY

The terms "I" and "me" refer to the borrower.

1. I will read the Promissory Note before I fill it out. If I have any questions, I will ask my lender. If I don't know who my lender will be, I will contact my school or HEAF.
2. When the lender accepts my signed Promissory Note with my application, the lender is not necessarily agreeing to lend me money. The lender has the right not to make a loan or lend an amount less than the Loan Amount Requested. I will be required to repay only the amount of money that the lender lends. Laws and regulations may not allow the lender to lend me as much as I have asked for.
3. After HEAF has agreed to guarantee my loan, the lender will send me a Disclosure Statement. The Disclosure Statement will tell me: a) the total dollar amount of my loan; b) the interest rate I will pay; c) the dollar amount of the origination fee I will pay; d) the dollar amount of the guarantee fee I will pay; e) my disbursement schedule (when I will get my loan checks); f) how long my grace period will be.

Some of the terms on my Disclosure Statement may be different from what they are on this Promissory Note. If they are different, the terms on the Disclosure Statement apply instead of what is on this Note. If I am not satisfied with the new terms, I may cancel the agreement. If I do wish to cancel this agreement, I will contact my lender immediately and I will not cash any loan checks.

I will be sure to check the Disclosure Statement as soon as I get it and let my lender know if anything looks wrong or if I have any questions.

## B. PROMISE TO PAY

I, Elaine Payne (My Name as Borrower) promise to pay to the order of Citibank (N.Y.S.) N.A. (Lender's Name), Rochester, NY (Lender's City and State) all of the following amounts:

1) The total Loan Amount Requested or such lesser amount as is loaned. LOAN AMOUNT REQUESTED $ 2500.00

2) Interest on the unpaid principal balance. [illegible]

3) The Guarantee Fee [illegible]

4) The Origination Fee [illegible]

## C. GENERAL

[illegible]

## D. REPAYMENT

[illegible]

## E. PREPAYMENT

[illegible]

## F. DEFERMENT

[illegible]

## G. MODIFICATION OF REPAYMENT TERMS

[illegible]

## H. ACCELERATION & DEFAULT

[illegible]

## I. CREDIT BUREAU NOTIFICATION

[illegible]

## J. LATE CHARGES

[illegible]

NOTICE TO BORROWER

[illegible]

Elaine Payne 3/6/86

BEST COPY AVAILABLE AT TIME OF FILMING

HEAF Form 202A, 03/84

LENDER COPY

6522 645

## DEFERMENT OF REPAYMENT

I understand that in certain instances authorized by the ACT the payments that I am required to make under Section D may be deferred. Payments of principal on my loan will be deferred after the repayment period begins, because of circumstances listed below, provided I comply with the procedural requirements set forth in the regulations governing the GSLP:

1. While I am enrolled in –

   A. Full time study at a school that is participating in the GSLP (however ... citizen's or national's may attend schools outside of the U.S.)

   B. Full time ... that is operated by an agency of the Federa...

   C. A graduate ...

   D. A rehabilit... ...cretary of Education.

2. For periods not ...

   A. On active d... ...icer in the Commissioned Corps of the Unite...

   B. Serving as a ...

   C. Serving as a ... ...ervice Act of 1973 (ACTION programs) (e...

   D. Serving as a ... ...come taxation under Section 501 (c)(3) o... ...hich is comparable to service performed in ...

   E. Temporarily ... ...ysician, or unable to secure employment ... ...porarily totally disabled, as established by ...

3. For a period not ... ...d for me to gain professional recognition requir...

4. For a single perio... ...ut unable to find full-time employment in the ...

To be granted a defe... ...ibility, I must subsequently notify the lender as so... ...r exists.

Pay to the order of Higher Education Assistance Foundation ("HEAF") without recourse, provided, however, notwithstanding this indorsement without recourse, the undersigned hereby expressly

1. Warrants that

   a) no defense of any party is good against the undersigned, and

   b) the undersigned is not in default under the terms of that certain Lender Agreement for Guarantee of Student Loans with Federal Reinsurance ("Lender Agreement") between it and HEAF, in accordance with which payment of the indebtedness evidenced by this instrument was guaranteed by HEAF

2. Disclaims the implied warranty that it has no knowledge of any insolvency proceeding instituted with respect to the maker of this instrument and instead warrants that to the extent it has knowledge of any such proceeding it has disclosed the same to HEAF, but no other implied warranties are ... excluded.

3. Acknowledges that

   a) upon payment in full by HEAF of the claim submitted by the undersigned pursuant to the aforesaid Lender Agreement, HEAF will have discharged all of its obligations to the undersigned arising out of said Lender Agreement, and

   b) notwithstanding payment by HEAF of the undersigned's claim and acceptance by HEAF of transfer of this instrument in consideration thereof, HEAF has not waived any rights that it may have against the undersigned pursuant to the terms of the aforesaid Lender Agreement

[signature]

Thomas M. Hecht
By ______
Citibank Student Loan Center
Its ______ (Manager)

By ______
Its ______
Date [illegible]

If I am unable to re... ...ction D, I may request the lender to modify these ... ...any of the following:

1) A short period of time in which payments are waived.
2) A reasonable extension of time for making payments.
3) Making smaller payments than were originally scheduled.

I understand that I will remain responsible for payment of interest during this period which the lender may (a) collect from me on a periodic basis or (b) accrue and add to the principal balance of the loan.

## REPAYMENT BY DEPARTMENT OF DEFENSE

Under certain circumstances, military person... may have their loans repaid by the Secretary of Defense, in accordance with ... 202 of the Depart... of Defense Authorization Act, 1981 (P.L. 96-342, 10 U.S.C. 2141; ne...

... to the local Service recruiter. The program described is a ... serving individuals or those not eligible for enlistment in the Armed ...

MAILROOM

... 1 1990

89